People ex rel. First National Bank of Stevens Point, Wisconsin, Appellee, v. Village of Stickney et al., Appellants.

Gen. No. 41,210.

Heard in second division, first district, this court at April term, 1940; opinion filed November 28, 1941; rehearing denied December 10, 1941. Joseph Lustfield, for appellants; Ode L. Rankin, of counsel; Charles J. Michal, for appellee; John T. Murray, of counsel. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''